```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/25/2024_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ARMANDO COTORREAL PEÑA,

                              Case No.: 1:24-cv-04666-AT

                 *Plaintiff*,                           **JUDGMENT**

      -against-

EL MACO RESTAURANT CORP. (D/B/A
EL MACO), CRISMERY ESPINO, and JOSE
MANUEL THEN,

                 *Defendants.*
---------------------------------------------------------X

On October 16, 2024, Plaintiff filed a Notice of Acceptance with Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff ARMANDO COTORREAL PEÑA has judgment against Defendants EL MACO RESTAURANT CORP. (D/B/A EL MACO), CRISMERY ESPINO, and JOSE MANUEL THEN, jointly and severally, in the amount of Fifty-Two Thousand Dollars and No Cents ($52,000.00), which is inclusive of reasonable attorneys' fees and costs.

Dated: __October 25__, 2024

                                                     _____
                                                     HON. ANALISA TORRES
                                                     UNITED STATES DISTRICT JUDGE